UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) 2:04-cr-073-JCM-PAL |
| vs. | ) ) ) |
| GAILLYNN MONICA ABBOTT, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#32) on June 23, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Renatas Casino

**Total Amount of Restitution Ordered: $423.75**

Dated this _____ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE